B1 (Official Form 1) (12/11)

**United States Bankruptcy Court**
**Northern District of Illinois**

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle):<br>WARD, DANA R. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DENA R. WARD | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6846 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>200 S. MARTIN LUTHER KING JR. AVENUE APT. 803<br>WAUKEGAN, ILLINOIS<br>ZIP CODE 60085 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>LAKE | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 05 2013
KENNETH S. GARDNER, CLERK
REP. SJ

Case 13-14256   Doc 1   Filed 04/05/13   Entered 04/05/13 14:55:23   Desc Main
Document   Page 2 of 60

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case.)* | DANA R. WARD |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
| --- | --- | --- |
| Location<br>Where Filed: N/A | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
| --- | --- | --- |
| Name of Debtor:<br>N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X   PRO SE                                    01/18/2013
    Signature of Attorney for Debtor(s)   (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                    Page 3

Case 13-14256   Doc 1   Filed 04/05/13   Entered 04/05/13 14:55:23   Desc Main
(This page must be completed and filed in every case.)   Document   Page 3 of 60

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X   N/A
   _____
   Signature of Joint Debtor
   630-272-6280
   Telephone Number (if not represented by attorney)
   01/18/2013
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   N/A
   _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

**Signature of Attorney***

X   N/A
   _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____
   Telephone Number

   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   N/A
   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

   _____
   Address

X  _____
   Signature

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   N/A
   _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re __DANA R. WARD__          Case No._____
      Debtor                           (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____01/18/2013_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern    District Of    Illinois

In re _____DANA R. WARD_____,
            Debtor

Case No. _____

Chapter ____7____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0 | | |
| B - Personal Property | YES | 3 | $995 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $16,984 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $151,828 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $928 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $1,078 |
| TOTAL | | 36 | $995 | $168,812 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Northern</u> District Of <u>Illinois</u>

In re _____ <u>DANA R. WARD</u> _____ ,        Case No. _____
                            Debtor

                                                Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $4,675 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 12,332 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 17,007 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $928 |
| Average Expenses (from Schedule J, Line 18) | $1,078 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $684.95 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $16,984 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0 |
| 4. Total from Schedule F | | $151,828 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $151,828 |

B6A (Official Form 6A) (12/07)

In re _____,          Case No. _____
       Dana R. Ward
          Debtor                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total▶    0

(Report also on Summary of Schedules.)

In re _____Dana R. Ward_____,    Case No. _____
                     **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | 0 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account#...1880 | | 0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Waukegan Housing Authority | | 295 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Airmattress,sheets,covers,dishes,tv,dvd player, | | 300 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Dvd movies, school books | | 150 |
| 6. Wearing apparel. | | Women clothing,shoes,coat,boots,dress&uniform | | 250 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) — Cont.**

In re Dana R. Ward                                          ,        Case No. _____
         _____                           _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re _____ Dana R. Ward _____,   Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____ continuation sheets attached　　Total▶ | $995.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

In re _____Dana R. Ward_____,          Case No. _____
              **Debtor**                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Bank of America Checking Account#...1880 | 735 ILCS 5/12-1001(b) | 4000 | 0 |
| Waukegan Housing Authority Security Deposit | 735 ILCS 5/12-1001(b) | 4000 | 295 |
| Airmattress, sheets,tv,dvd player, covers,dishes | 735 ILCS 5/12-1001(b) | 4000 | 300 |
| DVD movies,School books | 735 ILCS 5/12-1001(a) | | 150 |
| Women clothing,uniform shoes,coat,boots,dress | 735 ILCS 5/12-10001(a) | | 250 |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re _____,   Case No. _____
                    Debtor                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets ____attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re _____ DANA R. WARD _____,                          Case No._____
                    **Debtor**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/10) – Cont.**

In re _____DANA R. WARD_____,     Case No._____
                        **Debtor**                                    **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____3_____  continuation sheets attached

In re _____DANA R WARD_____,     Case No. _____
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    7974 <br><br>ARMOR SYSTEMS CO<br>1700 KIEFER DR STE 1<br>ZION, IL 60099 | | | 02/2008;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 217 |
| ACCOUNT NO.    7975 <br><br>ARMOR SYSTEMS CO<br>1700 KIEFER DR STE 1<br>ZION, IL 60099 | | | 02/2008;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 366 |
| ACCOUNT NO.    3848 <br><br>CREDIT PROTECTION ASSOCIATION<br>1335 NOEL RD STE 21000<br>DALLAS, TX 75240 | | | 05/2012;COLLECTION<br><br>ORIGINAL CREDITOR:COMCAST<br><br>CABLE TV SERVICE | X | X | X | 491 |
| ACCOUNT NO.    3176 <br><br>CREDITORS COLLECTON BUR<br>755 ALMAR PKWY<br>BOURBONNAIS, IL 60914 | | | 03/2008;COLLECTION<br><br>ORIGINAL CREDITOR: ASSOCIATED RADIOLOGISTS OF JOL<br>MEDICAL/HEALTHCARE | x | x | x | 198 |
| ACCOUNT NO.    0918 <br><br>CREDITORS COLLECTION BUR<br>755 ALMAR PKWY<br>BOURBONNAIS, IL 60914 | | | 11/2008;COLLECTION<br><br>ORIGINAL CREDITOR: ASSOCIATED RADIOLOGIST OF JOL<br>MEDICAL/HEALTHCARE | X | X | X | 102 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 1377

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____ ,     Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1635<br><br>CREDITORS COLLECTION BUR<br>755 ALMAR PKWY<br>BOURBONNAIS,IL 60914 | | | 10/2009;COLLECTION<br><br>ORIGINAL CREDITOR: ASSOCIATED RADIOLOGISTS OF JOL<br>MEDICAL/HEALTHCARE | X | X | X | 931 |
| ACCOUNT NO.    6138<br><br>DEPENDON COLLECTION SERV<br>PO BOX 4833<br>OAK BROOK,IL 60522 | | | 01/2008;COLLECTION<br><br>ORIGINAL CREDITOR: PATHOLOGY LABORATORY CONSULT<br>MEDICAL/HEALTHCARE | X | X | X | 79 |
| ACCOUNT NO.    1053<br><br>ILLINOIS COLLECTION SERV<br>PO BOX 1010<br>TINLEY PARK, IL 60477 | | | 09/2009;COLLECTION<br><br>ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO<br><br>MEDICAL/HEALTHCARE | X | X | X | 139 |
| ACCOUNT NO.    3788<br><br>ILLINOIS COLLECTION SERV<br>PO BOX 1010<br>TINLEY  PARK, IL 60477 | | | 12/2010;COLLECTION<br><br>ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO<br><br>MEDICAL/HEALTHCARE | X | X | X | 227 |
| ACCOUNT NO.    3789<br><br>ILLINOIS COLLCTION SERV<br>PO BOX 1010<br>TINLEY PARK,IL 60477 | | | 12/2010;COLLECTION<br><br>ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO<br><br>MEDICAL/HEALTHCARE | X | X | X | 392 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 1768

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____,          Case No. _____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    5556<br>ILLINOIS COLLECTION SERV<br>PO BOX 1010<br>TINLEY PARK, IL 60477 | | | 10/2012;COLLECTION<br><br>ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO<br><br>MEDICAL/HEALTHCARE | X | X | X | 51 |
| ACCOUNT NO.    5557<br>ILLINOIS COLLECTION SERV<br>PO BOX 1010<br>TINLEY PARK,IL 60477 | | | 10/2012;COLLECTION<br><br>ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO<br><br>MEDICAL/HEALTHCARE | X | X | X | 51 |
| ACCOUNT NO.    2906<br>MARAUDER CORPORATION<br>74923 HIGHWAY 111<br>INDIAN WELLS, CA 92210 | | | 12/2006;COLLECTION<br><br>ORIGINAL CREDITOR:QC HOLDINGS 4 | X | X | X | 435 |
| ACCOUNT NO.    8693<br>MEDICAL BUSINES BUREAU<br>1460 RENAISSANCE DR<br>PARK RIDGE,IL 60068 | | | 09/2009;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 217 |
| ACCOUNT NO.    1247<br>MEDICAL BUSINESS BUREAU<br>1460 RENASISSANCE DR<br>PARK RIDGE, IL 60068 | | | 09/2009;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 284 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 1038

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____ , Case No. _____
              **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5661<br><br>MEDICAL BUSINESS BUREAU<br>1460 RENAISSANCE DR<br>PARK RIDGE,IL 60068 | | | 03/2009;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 635 |
| ACCOUNT NO. 7235<br><br>PROFESSIONAL ACCT MANAGEMENT LLC<br>PO BOX 391<br>MILWAUKEE, WI 53201 | | | 05/2001;COLLECTON<br><br>ORIGINAL CREDITOR:TCF BANK | X | X | X | 99 |
| ACCOUNT NO. 7107<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716 | | | 10/2009;COLLECTION<br><br>ORIGINAL CREDITOR:PROVENA ST JOSEPH MED CTR<br><br>MEDICAL/HEALTHCARE | X | X | X | 922 |
| ACCOUNT NO. 4326<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716 | | | 01/2009;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 906 |
| ACCOUNT NO. 4327<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716 | | | 02/2009;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 75 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2637

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) – Cont.

In re _____ DANA R. WARD _____ ,    Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2249 <br><br> IL STUDENT ASSIST COMM <br> 1755 LAKE COOK RD <br> DEERFIELD, IL 60015-5215 | | | 07/20/2007; STUDENT LOAN <br><br> Original Creditor: SLM Education Credit FIN CORP | x | x | x | 4  5  0 | 450 | |
| Account No. 2249 <br><br> IL Student Assist Comm <br> 1755 Lake Cook Rd <br> Deerfield,IL 60015-5215 | | | 07/20/2007; student loan <br> Original Creditor: SLM Education Credit FIN CORP | X | X | X | 8  7  4 | 897 | |
| Account No. 2921 <br><br> SALLIE MAE <br> PO BOX 9500 <br> WILKES-BARRE,PA 18773-9500 | | | 11/01/2004; Student Loan | X | X | X | 6  7  3 | 673 | |
| Account No. 2921 <br><br> SALLIE MARE <br> PO BOX 9500 <br> WILKES-BARRE,PA 18773-9500 | | | 11/01/2004; Student Loan | X | X | X | 3  2  7 | 327 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 2324   $ 2324

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

**B6E (Official Form 6E) (04/10) – Cont.**

In re DANA R. WARD _____,    Case No. _____

Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8857 <br><br> Internal Revenue Service US Dept. of the Treasury Philadelphia, PA 19255-1498 | | | 03/22/2004; <br><br> Balance Due; <br><br> Tax Period- Dec. 31, 2003 | x | x | x | 2846 | 2846 | |
| Account No. 8857 <br><br> Internal Revenue Service US Dept. of the Treasury Philadelphia, PA 19255-1498 | | | 06/29/2009; <br><br> Balance Due <br><br> Tax Period- Dec. 31, 2005 | x | x | x | 1829 | 1829 | |
| Account No. 4299 <br><br> US DEPT OF EDUCATION PO BOX 5609 GREENVILLE, TX 75403-5609 | | | 03/01/2004; <br><br> STUDENT LOAN | X | X | X | 5479 | 5479 | |
| Account No. 4299 <br><br> US DEPT OF EDUCATION PO BOX 5609 GREENVILLE, TX 75403-5609 | | | 03/01/2004; <br><br> STUDENT LOAN | X | X | X | 4506 | 4506 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) — $ 14660 | $ 14660

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $ 16984

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ 16984 | $

In re _____ DANA R. WARD _____,        Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1830<br>VICTORY MEMORIAL HOSPITAL<br>1324 N SHERIDAN RD<br>WAUKEGAN,IL 60085 | | | 12/18/2006<br>MEDICAL/HEALTHCARE | X | X | X | 88121 |
| ACCOUNT NO.   6777<br>LAKE HEART SPECIALISTS<br>35 TOWER CT STE F<br>GURNEE,IL 60031-5712 | | | 07/06/2012<br>MEDICAL/HEALTHCARE | X | X | X | 30 |
| ACCOUNT NO.   3594<br>COMCAST CABLE<br>PO. BOX 3002<br>SOUTHEASTERN,PA 19398-3002 | | | 01/05/2013<br>CABLE TV SERVICE | X | X | X | 335 |
| ACCOUNT NO.   2300<br>LAKE COUNTY HEALTH DEPT/CHC<br>3010 GRAND AVENUE<br>WAUKEGAN,IL 60085-2321 | | | 07/16/2012<br>MEDICAL/HEALTHCARE | X | X | X | 563 |
| ACCOUNT NO.   5776<br>DURHAM&DURHAM LLP<br>5665 NEW NORTHSIDE DRIVE, SUITE 340<br>ATLANTA,GA 30328 | | | 08/11/2012;COLLECTION<br>ORIGINAL CREDITOR:MIDWAY EMERGENCY PHYSICIANS LLC<br>MEDICAL/HEALTHCARE | X | X | X | 1082 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 90131

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ ,          Case No. _____
                        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1352 <br> MIDWAY EMERGENCY PHYSICIANS <br> P.O. BOX 404320 <br> ATLANTA,GA 30384-4320 | | | 08/11/2012 <br> MEDICAL/HEALTCARE | X | X | X | 1082 |
| ACCOUNT NO. <br> PLS STORE <br> 1551 PLAINFIELD RD <br> JOLIET,IL 60435 | | | PAYDAY LOAN | X | X | X | 500 |
| ACCOUNT NO. <br> PLS STORE <br> 2510 W GRAND AVE <br> WAUKEGAN,IL 60085 | | | PAYDAY LOAN | X | X | X | 3000 |
| ACCOUNT NO. <br> CHASE BANK <br> 120 N SCOTT <br> JOLIET,IL 60432 | | | OVERDRAWN BANK ACCOUNT | X | X | X | 2000 |
| ACCOUNT NO. <br> WOODFOREST BANK <br> 2424 W JEFFERSON STREET <br> JOLIET,IL 60435 | | | OVERDRAWN BANK ACCOUNT | X | X | X | 2000 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 11082

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____DANA R. WARD_____, Case No. _____
                                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    5282<br><br>AFNI, INC.<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | | | 05/2012;COLLECTION<br><br>ORIGINAL CREDITOR:AT&T<br><br>UTILITY-TELEPHONE SERVICES | X | X | X | 132 |
| ACCOUNT NO.    5283<br><br>AFNI, INC.<br>404 BROCK DR<br>BLOOMINGTON,IL 61701 | | | 05/2012;COLLECTION<br><br>ORIGINAL CREDITOR: AT&T<br><br>UTILITY-TELEPHONE SERVICES | X | X | X | 306 |
| ACCOUNT NO.    7508<br><br>AMERICAN COLLECTIONS<br>919 ESTES CT<br>SCHAUMBURG, IL 60193 | | | 07/2012;COLLECTION<br><br>ORIGINAL CREDITOR:TCF NATIONAL BANK IL | X | X | X | 326 |
| ACCOUNT NO.    6873<br><br>ARMOR SYSTEMS CO<br>1700 KIEFER DR STE 1<br>ZION, IL 60099 | | | 01/2008;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 366 |

_____continuation sheets attached

Subtotal▶ $ 1130

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____ ,      Case No. _____
        **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4328 <br><br> STATE COLLECTION SERVICE <br> 2509 S STOUGHTON RD <br> MADISON, WI 53716 | | | 06/2009;COLLECTION <br><br> ORIGINAL CREDITOR:SILVER CROSS HOSPITAL <br><br> MEDICAL/HEALTHCARE | X | X | X | 75 |
| ACCOUNT NO. 4329 <br><br> STATE COLLECTION SERVICE <br> 2509 S STOUGHTON RD <br> MADISON, WI 53716 | | | 06/2009;COLLECTION <br><br> ORIGINAL CREDITOR:SILVER CROSS HOSPITAL <br><br> MEDICAL/HEALTHCARE | X | X | X | 75 |
| ACCOUNT NO. 4330 <br><br> STATE COLLECTION SERVICE <br> 2509 S STOUGHTON RD <br> MADISON, WI 53716 | | | 06/2009;COLLECTION <br><br> ORIGINAL CREDITOR:SILVER CROSS HOSPITAL <br><br> MEDICAL/HEALTHCARE | X | X | X | 75 |
| ACCOUNT NO. 4331 <br><br> STATE COLLECTION SERVICE <br> 2509 S STOUGHTON RD <br> MADISON, WI 53716 | | | 02/2010;COLLECTION <br><br> ORIGINAL CREDITOR:SILVER CROSS HOSPITAL <br><br> MEDICAL/ HEALTHCARE | X | X | X | 75 |
| ACCOUNT NO. 4332 <br><br> STATE COLLECTION SERVICE <br> 2509 S STOUGHTON RD <br> MADISON, WI 53716 | | | 03/2010;COLLECTION <br><br> ORIGINAL CREDITOR:SILVER CROSS HOSPITAL <br><br> MEDICAL/HEALTHCARE | X | X | X | 75 |

Sheet no.____of____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 375

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____, Case No. _____

**Debtor** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3351 <br><br> NORTHERN RESOLUTION GROUP <br> PO BOX 566 <br> AMHERST, NY 14226-0566 | | | 12/19/2010;COLLECTION | X | X | X | 371 |
| ACCOUNT NO. 77 <br><br> OAC <br> PO BOX 371100 <br> MILWAUKEE, WI 53237-2200 | | | 02/2007;COLLECTION <br><br> ORIGINGAL CREDITOR:RACINE EMERGENCY PHYSICIANS <br><br> MEDICAL/HEALTHCARE | X | X | X | 711 |
| ACCOUNT NO. 77 <br><br> OAC <br> PO BOX 371100 <br> MILWAUKEE,WI 53237-2200 | | | 01/2007;COLLECTION <br><br> ORIGINAL CREDITOR: MILWAUKEE RADIOLOGISTS LTD <br><br> MEDICAL/HEALTHCARE | X | X | X | 42 |
| ACCOUNT NO. 1038 <br><br> ANDERSON FINANCIAL <br> PO BOX 3097 <br> BLOOMINGTON,IL 61702-3097 | | | 07/2010;COLLECTION <br><br> ORIGINAL CREDITOR:AT&T <br><br> UTILITIES | X | X | X | 306 |
| ACCOUNT NO. 1038 <br><br> ANDERSON FINANCIAL <br> PO BOX 3097 <br> BLOOMINGTON,IL 61702-3097 | | | 03/2010;COLLECTION <br><br> ORIGINAL CREDITOR:AT&T <br><br> UTILITES | X | X | X | 132 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 1562

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ ,    Case No. _____
                    **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    D349<br><br>NORTHEAST CREDIT & COLLECTION<br>PO BOX 3358<br>SCRANTON,PA 18505-0358 | | | 05/2009;COLLECTION<br><br>ORINGAL CREDITOR:PRAIRIE EMERGENCY SERVICES<br><br>MEDICAL/HEALTHCARE | X | X | X | 710 |
| ACCOUNT NO.    1541<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716-3314 | | | 04/2010;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 75 |
| ACCOUNT NO.    3666<br><br>QUAD CORP<br>3536 JERSEY RIDGE RD<br>DAVENPORT,IA 52807-2223 | | | 01/2009;COLLECTION<br><br>ORIGINAL CREDITOR: WAUKEGAN CLINIC CORP<br><br>MEDICAL/HEALTHCARE | X | X | X | 711 |
| ACCOUNT NO.<br><br>AR RESOURCES INC<br>3107 SPRING GLEN RD STE 21<br>JACKSONVILLE,FL 32207-5916 | | | 06/2007;COLLECTION<br><br>ORIGINAL CREDITOR:VISTA IMAGING ASSOC<br><br>MEDICAL/HEALTHCARE | X | X | X | 193 |
| ACCOUNT NO.    2442<br><br>LAKE LAW COURT<br>18 COUNTY STREET<br>WAUKEGAN,IL 60085 | | | 11/2006;CIVIL JUDGMENT<br><br>PLAINTIFF:COUNTRY CHALET APARTMENT<br><br>HOUSING | X | X | X | 1575 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ 3264

Total▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ ,        Case No. _____
          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    C646  <br> LAKE LAW COURT <br> 18 COUNTY STREET <br> WAUKEGAN, IL 60085 | | | 03/2004;CIVIL JUDGMENT <br><br> PLAINTIFF:PENESIS NICK | X | X | X | 900 |
| ACCOUNT NO.    4907 <br> AMERICOLLECT <br> PO BOX 1566 <br> 814 S 8TH ST <br> MANITOWOC, WI 54221-1566 | | | 04/2005;COLLECTION <br><br> ORIGINAL CREDITOR:DENTAL ASSOCIATES LTD KENOS <br><br> MEDICAL/HEALTHCARE | X | X | X | 80 |
| ACCOUNT NO.    1001 <br> ARMOR SYSTEMS CORP <br> 2322 N GREEN BAY RD <br> WAUKEGAN, IL 60087-4209 | | | 12/2005;COLLECTION <br><br> ORIGINAL CREDITOR: MIDWESTERN REGIONAL MEDICAL <br> MEDICAL/HEALTHCARE | X | X | X | 298 |
| ACCOUNT NO.    1001 <br> ARMOR SYSTEMS CORP <br> 2322 N GREENBAY RD <br> WAUKEGAN, IL 60087-4209 | | | 01/2006;COLLECTION <br><br> ORIGINAL CREDITOR: MIDWESTERN REGIONAL MEDICAL <br> MEDICAL/HEALTHCARE | X | X | X | 609 |
| ACCOUNT NO.    1001 <br> ARMOR SYSTEMS CORP <br> 2322 N GREENBAY RD <br> WAUKEGAN, IL 60087-4209 | | | 01/2006;COLLECTION <br> ORIGINAL CREDITOR:PATIENT FIRST S C <br><br> MEDICAL/HEALTHCARE | X | X | X | 222 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $ 2109

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ ,     Case No. _____
                 **Debtor**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1001<br><br>ARMOR SYSTEMS CORP<br>2322 N GREENBAY RD<br>WAUKEGAN,IL 60087-4209 | | | 01/2006;COLLECTION<br><br>ORIGINAL CREDITOR:PATIENT FIRST S C<br><br>MEDICAL/HEALTHCARE | X | X | X | 58 |
| ACCOUNT NO.   1001<br><br>ARMOR SYSTEMS CORP<br>2322 N GREENBAY RD<br>WAUKEGAN,IL 60087-4209 | | | 05/2006;COLLECTION<br><br>ORIGINAL CREDITOR:PATIENT FIRST S C<br><br>MEDICAL/HEALTHCARE | X | X | X | 222 |
| ACCOUNT NO.   1001<br><br>ARMOR SYSTEMS CORP<br>2322 N GREENBAY RD<br>WAUKEGAN,IL 60087-4209 | | | 05/2006;COLLECTION<br><br>ORIGINAL CREDITOR;COLLEGE OF LAKE COUNTY<br><br>EDUCATION | X | X | X | 300 |
| ACCOUNT NO.   1001<br><br>ARMOR SYSTEMS CORP<br>2322 N GREENBAY RD<br>WAUKEGAN,IL 60087-4209 | | | 06/2006;COLLECTION<br>ORIGINAL CREDITOR: MIDWESTERN REGIONAL MEDICAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 1478 |
| ACCOUNT NO.   1001<br><br>ARMOR SYSTEMS CORP<br>2322 N GREENBAY RD<br>WAUKEGAN,IL 60087-4209 | | | 07/2006;COLLECTION<br>ORIGINAL CREDITOR:PATIENT FIRST SC<br><br>MEDICAL/HEALTHCARE | X | X | X | 222 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 2280

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1001<br><br>ARMOR SYSTEMS CORP<br>2322 N GREENBAY RD<br>WAUKEGAN, IL 60087-4209 | | | 07/2006;COLLECTION<br><br>ORIGINAL CREDITOR:PATIENT FIRST SC<br><br>MEDICAL/HEALTHCARE | X | X | X | 319 |
| ACCOUNT NO.  8986<br><br>CAVALRY PORTFOLIO SVCS<br>7 SKYLINE DR 3RD F<br>HAWTHORNE,NY 10532 | | | 03/2006;COLLECTION<br><br>ORIGINAL CREDITOR;AT&T<br><br>UTILITIES | X | X | X | 239 |
| ACCOUNT NO.  3372<br><br>CMI<br>4200 INTERNATIONAL<br>CARROLLTON,TX 75007-1912 | | | 02/2007;COLLECTION<br><br>ORIGINAL CREDITOR:COMCAST CHICAGO SECONDS 1000<br><br>CABLE TV SERVICE | X | X | X | 315 |
| ACCOUNT NO.  5705<br><br>COMPUTER CR SVC CORP<br>5340 N CLARK ST<br>CHICAGO,IL 60640-2120 | | | 02/2006;COLLECTION<br><br>ORIGINAL CREDITOR:CITY OF WAUKEGAN | X | X | X | 705 |
| ACCOUNT NO.  1556<br><br>CREDIT ACCEPTANCE CORP<br>2505 W 12 MILE RDS<br>SOUTHFIELD,MI 48234 | | | 11/2001;COLLECTION<br><br>AUTOMOBILE LOAN | X | X | X | 2481 |

Sheet no.____of____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 4059

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____,   Case No. _____
                    **Debtor**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8380<br><br>CREDITORS COLLECTION<br>PO BOX 63<br>KANKAKEE,IL 60901-0063 | | | 01/2004;COLLECTION<br>ORIGINAL CREDITOR:EXCEL EMERGENCY CARE LLC<br><br>MEDICAL/HEALTHCARE | X | X | X | 180 |
| ACCOUNT NO.  1016<br><br>DEBT RECOVERY SOLUTIONS<br>900 MERCHANTS CONC  SUITE 106<br>WESTBURY, NY 11590 | | | 03/2004;COLLECTION<br><br>ORIGINAL CREDITOR:Z-TEL COMMUNICATIONS<br><br>CELLULAR SERVICES | X | X | X | 155 |
| ACCOUNT NO.  1111<br><br>HARVARD COLLECTION SERV<br>4829 N ELSTON AVE<br>CHICAGO,IL 60630-2534 | | | 01/2008;COLLECTION<br><br>ORIGINAL CREDITOR:COMED<br><br>UTILITIES | X | X | X | 446 |
| ACCOUNT NO.  1059<br><br>K.C.A. FINANCIAL SERVICE<br>PO BOX 53<br>GENEVA,IL 60134-0053 | | | 03/2008;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 929 |
| ACCOUNT NO.  1059<br><br>K.C.A. FINANCIAL SERVICE<br>PO BOX 53<br>GENEVA,IL 60134-0053 | | | 03/2008;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 381 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 2091

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____DANA R. WARD_____,    Case No. _____
                    **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1080<br><br>K.C.A. FINANCIAL SERVICE<br>PO BOX 53<br>GENEVA,IL 60134-0053 | | | 04/2008;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 1638 |
| ACCOUNT NO.    5392<br><br>KEYNOTE CONSULTING<br>1501 W DUNDEE SUITE 104<br>BUFFALO GROVE,IL 60089 | | | 01/2006;COLLECTION<br><br>ORIGINAL CREDITOR:MILEJCZYK FRANK MD<br><br>MEDICAL/HEALTHCARE | X | X | X | 65 |
| ACCOUNT NO.    8605<br><br>LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE,SC 29603-0584 | | | 06/2008;COLLECTION | X | X | X | 182 |
| ACCOUNT NO.    8053<br><br>MERCHANTS CREDIT GUIDE<br>223 W JACKSON BLVD SUITE 900<br>CHICAGO,IL 60606-6908 | | | 11/2005;COLLECTION<br><br>ORIGINAL CREDITOR: UNIVERSITY NEUROLOGISTS<br><br>MEDICAL/HEALTHCARE | X | X | X | 73 |
| ACCOUNT NO.    6363<br><br>NCO FINANCIAL<br>PO BOX 41466<br>PHILADELPHIA,PA 19101 | | | 10/2004;COLLECTON<br><br>ORIGINAL CREDITOR:CITY OF ZION | X | X | X | 100 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 2058

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____,          Case No. _____
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9115 NCO FINANCIAL PO BOX 13570 PHILADELPHIA, PA 19101 | | | 12/2005;COLLECTION ORIGINAL CREDITOR:RUSH UNIVERSITY MEDICAL CENTER MEDICAL/HEALTHCARE | X | X | X | 295 |
| ACCOUNT NO.    6035 NCO FINANCIAL PO BOX 41466 PHILADELPHIA,PA 19101 | | | 01/2003;COLLECTION ORIGINAL CREDITOR: COMMONWEALTH EDISON UTILITIES | X | X | | 118 |
| ACCOUNT NO.    5922 PORTFOLIO RECOVERY 120 CORPORATE BLVD NORFOLK,VA 23502 | | | 09/2007;COLLECTION ORIGINAL CREDITOR:GUARANTY BANK | X | X | X | 580 |
| ACCOUNT NO.    1094 RECEIVABLE MANAGEMENT 3348 RIDGE RD LANSING,IL 60438 | | | 12/2007;COLLECTION ORIGINAL CREDITOR:SSC | X | X | X | 759 |
| ACCOUNT NO.    D147 SENEX SERVICES 3500 DEPAUW BLVD S INDIANAPOLIS. IN 46268-1138 | | | 05/2006;COLLECTION ORIGINAL CREDITOR:VICTORY MEMORIAL HOSPITAL MEDICAL/HEALTHCARE | X | X | X | 68 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 1820

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ , Case No. _____
            **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. D147 <br><br> SENEX SERVICES <br> 3500 DEPAUW BLVD <br> INDIANAPOLIS, IN 46268-1138 | | | 05/2006;COLLECTION <br><br> ORIGINAL CREDITOR:VICTORY MEMORIAL HOSPITAL <br><br> MEDICAL/HEALTHCARE | X | X | X | 493 |
| ACCOUNT NO. D149 <br><br> SENEX SERVICES <br> 3500 DEPAUW BLVD <br> INDIANAPOLIS,IN 46268-1138 | | | 05/2006;COLLECTION <br><br> ORIGINAL CREDITOR:VICTORY MEMORIAL <br><br> MEDICAL/HEALTHCARE | X | X | X | 2323 |
| ACCOUNT NO. D153 <br><br> SENEX SERVICES <br> 3500 DEPAUW BLVD <br> INDIANAPOLIS,IN 46268-1138 | | | 05/2006;COLLECTION <br><br> ORIGINAL CREDITOR:ST THERESE MEDICAL CENTER <br><br> MEDICAL/HEALTHCARE | X | X | X | 150 |
| ACCOUNT NO. D153 <br><br> SENEX SERVICES <br> 3500 DEPAUW BLVD <br> INDIANAPOLIS,IN 46268-1138 | | | 05/2006 <br> ORIGINAL CREDITOR:ST THERESE MEDICAL CENTER <br><br> MEDICAL/HEALTHCARE | X | X | X | 250 |
| ACCOUNT NO. D154 <br><br> SENEX SERVICES <br> 3500 DEPAUW BLVD <br> INDIANAPOLIS, IN 46268-1138 | | | 05/2006;COLLECTION <br> ORIGIAL CREDITOR:ST THERESE MEDICAL CENTER <br><br> MEDICAL/HEALTHCARE | X | X | X | 345 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3426

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ ,    Case No. _____

       **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   D349 <br><br> COMMONWEALTH FIN SYSTEMS <br> 245 MAIN ST <br> DICKSON CITY, PA 18519 | | | 04/20/2012;COLLECTION <br><br> ORIGINAL CREDITOR:PRAIRIE EMERGENCY SERVICES <br><br> MEDICAL/HEALTHCARE | X | X | X | 710 |
| ACCOUNT NO.   3743 <br><br> I C SYSTEMS COLLECTIONS <br> PO BOX 64378 <br> ST PAUL,MN 55164-0378 | | | 06/02/2011;COLLECTION <br><br> ORIGINAL CREDITOR:MILLICORP <br><br> CABLE/CELLULAR | X | X | X | 68 |
| ACCOUNT NO.   1094 <br><br> MUNICIPAL COLLECTIONS <br> 3348 RIDGE ROAD <br> LANSING,IL 60438 | | | 03/23/2009;COLLECTION <br><br> ORIGINAL CREDITOR:SSC <br><br> MEDICAL/HEALTHCARE | X | X | X | 759 |
| ACCOUNT NO.   1880 <br><br> BANK OF AMERICA <br> P.O. BOX 53181 <br> PHOENIX,AZ 85072-3181 | | | 11/13/2012 <br><br> OVERDRAWN BANK ACCOUNT | X | X | X | 372 |
| ACCOUNT NO. <br><br> TCF BANK <br> JEWEL JEFFERSON -MIDLAND <br> 1401 W JEFFERSON <br> JOLIET,IL 60431 | X | | OVERDRAWN BANK ACCOUNT | X | X | X | 1500 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal▶   $ 3409

                                        Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____,     Case No. _____

           **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2302 <br><br> VISTA HEALTH SYSTEM-PATIENT FINANCIAL SERVICES 1324 N SHERIDAN RD WAUKEGAN,IL 60085-2161 | | | 12/25/12 <br><br> MEDICAL/HEALTHCARE | X | X | X | 2825 |
| ACCOUNT NO. 5704 <br><br> DURHAM&DURHAM, L.L.P. 5665 NEW NORTHSIDE DRIVE , SUITE 340 ATLANTA,GA 30328 | | | 07/06/2012;COLLECTION <br><br> ORIGINAL CREDITOR:MIDWAY EMERGENCY PHYSICIANS LLC <br><br> MEDICAL/HEALTHCARE | X | X | X | 1082 |
| ACCOUNT NO. 5705 <br><br> DURHAM&DURHAM,L.L.P. 5665 NEW NORTHSIDE DR SUITE 340 ATLANTA,GA 30328 | | | 07/15/2012;COLLECTION ORIGINAL CREDITOR:MIDWAY EMERGENCY PHYSICIANS LLC <br><br> MEDICAL/HEALTHCARE | X | X | X | 1082 |
| ACCOUNT NO. 9273 <br><br> AR RESOURCES,INC PO BOX 10336 JACKSONVILLE, FL 32247-0336 | | | 12/27/12;COLLECTION <br><br> ORIGINAL CREDITOR:VISTA IMAGING ASSOC <br><br> MEDICAL/HEALTCARE | X | X | X | 117 |
| ACCOUNT NO. 9273 <br><br> AR RESOURCES, INC. PO BOX 10336 JACKSONVILLE, FL 32247-0336 | | | 12/27/12;COLLECTION <br><br> ORIGINAL CREDITOR:VISTA IMAGING ASSOC <br><br> MEDICAL/HEALTHCARE | X | X | X | 994 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 6100

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ DANA R. WARD _____,     Case No. _____
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      8150<br><br>QUEST DIAGNOSTICS<br>PO BOX 809403<br>CHICAGO, IL 60680-9403 | | | 09/05/2012<br><br>MEDICAL/HEALTHCARE | X | X | X | 34 |
| ACCOUNT NO.      1830<br><br>LAKE SHORE PATHOLOGISTS SC<br>520 E 22ND ST<br>LOMBARD, IL 60148 | | | 10/25/2012<br><br>MEDICAL/HEALTHCARE | X | X | X | 92 |
| ACCOUNT NO.      2002<br><br>PROFESSIONAL ACCOUNT SERVICES, INC<br>7100 COMMERCE WAY, SUITE 100<br>BRENTWOOD, TN 37027 | | | 10/25/2012;COLLECTION<br><br>ORIGINAL  CREDITOR: VISTA MEDICAL CENTER EAST<br><br>MEDICAL/HEALTHCARE | X | X | X | 2825 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 2951

Total▶   $ 151828

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R. WARD _____ ,    Case No. _____
       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1880 <br> BANK OF AMERICA <br> P.O. BOX 25118 <br> TAMPA,FL 33622-5118 | | | 01/25/2012 <br><br> OVERDRAWN BANK ACCOUNT | X | X | X | 504 |
| ACCOUNT NO.    9932 <br> NORTH CHICAGO FIRE DEPARTMENT <br> PO BOX 1368 <br> ELMHURST,IL 60126 | | | 08/11/2012;COLLECTION <br><br> MEDICAL/HEALTHCARE | X | X | X | 1137 |
| ACCOUNT NO. <br> SAM MANAGEMENT <br> JOHN NAUGHTON <br> 444 E. ROOSEVELT ROAD #122 <br> LOMBARD,IL 60148 | | | 03/23/2011 <br><br> RENT <br><br> HOUSING | X | X | X | 595 |
| ACCOUNT NO.    4966 <br> VISTA IMAGING ASSOC <br> DEPT 5339 <br> P.O. BOX 2049 <br> MILWAUKEE,WI 53201-2049 | | | 02/04/2013 <br><br> MEDICAL/HEALTHCARE | X | X | X | 241 |
| ACCOUNT NO.    8033 <br> COMED <br> P.O. BOX 6111 <br> CAROL STREAM,IL 60197-6111 | | | 10/23/2012 <br><br> UTILITIES | X | X | X | 338 |

Sheet no.___of___ continuation sheets attached    Subtotal▶ | $ 2815
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____ ,    Case No. _____
       **Debtor**                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5661<br><br>MEDICAL BUSINESS BUREAU<br>1460 RENAISSANCE DR<br>PARK RIDGE, IL 60068 | | | 03/2009;COLLECTION<br><br>ORIGINAL CREDITOR:EM STRATEGIES<br><br>MEDICAL/HEALTHCARE | X | X | X | 635 |
| ACCOUNT NO.  7235<br><br>PROFESSIONAL ACCT MANAGEMENT LLC<br>PO BOX 391<br>MILWAUKEE, WI 53201 | | | 05/2001;COLLECTON<br><br>ORIGINAL CREDITOR:TCF BANK | X | X | X | 99 |
| ACCOUNT NO.  7107<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716 | | | 10/2009;COLLECTION<br><br>ORIGINAL CREDITOR:PROVENA ST JOSEPH MED CTR<br><br>MEDICAL/HEALTHCARE | X | X | X | 922 |
| ACCOUNT NO.  4326<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716 | | | 01/2009;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 906 |
| ACCOUNT NO.  4327<br><br>STATE COLLECTION SERVICE<br>2509 S STOUGHTON RD<br>MADISON, WI 53716 | | | 02/2009;COLLECTION<br><br>ORIGINAL CREDITOR:SILVER CROSS HOSPITAL<br><br>MEDICAL/HEALTHCARE | X | X | X | 75 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 2637

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____,   Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5556 <br><br> ILLINOIS COLLECTION SERV <br> PO BOX 1010 <br> TINLEY PARK, IL 60477 | | | 10/2012;COLLECTION <br><br> ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO <br><br> MEDICAL/HEALTHCARE | X | X | X | 51 |
| ACCOUNT NO.   5557 <br><br> ILLINOIS COLLECTION SERV <br> PO BOX 1010 <br> TINLEY PARK,IL 60477 | | | 10/2012;COLLECTION <br><br> ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO <br><br> MEDICAL/HEALTHCARE | X | X | X | 51 |
| ACCOUNT NO.   2906 <br><br> MARAUDER CORPORATION <br> 74923 HIGHWAY 111 <br> INDIAN WELLS, CA 92210 | | | 12/2006;COLLECTION <br><br> ORIGINAL CREDITOR:QC HOLDINGS 4 | X | X | X | 435 |
| ACCOUNT NO.   8693 <br><br> MEDICAL BUSINES BUREAU <br> 1460 RENAISSANCE DR <br> PARK RIDGE,IL 60068 | | | 09/2009;COLLECTION <br><br> ORIGINAL CREDITOR:EM STRATEGIES <br><br> MEDICAL/HEALTHCARE | X | X | X | 217 |
| ACCOUNT NO.   1247 <br><br> MEDICAL BUSINESS BUREAU <br> 1460 RENAISISSANCE DR <br> PARK RIDGE, IL 60068 | | | 09/2009;COLLECTION <br><br> ORIGINAL CREDITOR:EM STRATEGIES <br><br> MEDICAL/HEALTHCARE | X | X | X | 284 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 1038

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____DANA R WARD_____,     Case No. _____
                            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1635 <br><br> CREDITORS COLLECTION BUR <br> 755 ALMAR PKWY <br> BOURBONNAIS,IL 60914 | | | 10/2009;COLLECTION <br><br> ORIGINAL CREDITOR: ASSOCIATED RADIOLOGISTS OF JOL <br> MEDICAL/HEALTHCARE | X | X | X | 931 |
| ACCOUNT NO.    6138 <br><br> DEPENDON COLLECTION SERV <br> PO BOX 4833 <br> OAK BROOK,IL 60522 | | | 01/2008;COLLECTION <br><br> ORIGINAL CREDITOR: PATHOLOGY LABORATORY CONSULT <br> MEDICAL/HEALTHCARE | X | X | X | 79 |
| ACCOUNT NO.    1053 <br><br> ILLINOIS COLLECTION SERV <br> PO BOX 1010 <br> TINLEY PARK, IL 60477 | | | 09/2009;COLLECTION <br><br> ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO <br><br> MEDICAL/HEALTHCARE | X | X | X | 139 |
| ACCOUNT NO.    3788 <br><br> ILLINOIS COLLECTION SERV <br> PO BOX 1010 <br> TINLEY  PARK, IL 60477 | | | 12/2010;COLLECTION <br><br> ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO <br><br> MEDICAL/HEALTHCARE | X | X | X | 227 |
| ACCOUNT NO.    3789 <br><br> ILLINOIS COLLCTION SERV <br> PO BOX 1010 <br> TINLEY PARK,IL 60477 | | | 12/2010;COLLECTION <br><br> ORIGINAL CREDITOR:JOLIET RADIOLOGICAL SERVICE CO <br><br> MEDICAL/HEALTHCARE | X | X | X | 392 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 1768

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ DANA R WARD _____ , Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7974 <br><br> ARMOR SYSTEMS CO <br> 1700 KIEFER DR STE 1 <br> ZION, IL 60099 | | | 02/2008;COLLECTION <br><br> ORIGINAL CREDITOR:EM STRATEGIES <br><br> MEDICAL/HEALTHCARE | X | X | X | 217 |
| ACCOUNT NO. 7975 <br><br> ARMOR SYSTEMS CO <br> 1700 KIEFER DR STE 1 <br> ZION, IL 60099 | | | 02/2008;COLLECTION <br><br> ORIGINAL CREDITOR:EM STRATEGIES <br><br> MEDICAL/HEALTHCARE | X | X | X | 366 |
| ACCOUNT NO. 3848 <br><br> CREDIT PROTECTION ASSOCIATION <br> 1335 NOEL RD STE 21000 <br> DALLAS, TX 75240 | | | 05/2012;COLLECTION <br><br> ORIGINAL CREDITOR:COMCAST <br><br> CABLE TV SERVICE | X | X | X | 491 |
| ACCOUNT NO. 3176 <br><br> CREDITORS COLLECTON BUR <br> 755 ALMAR PKWY <br> BOURBONNAIS, IL 60914 | | | 03/2008;COLLECTION <br><br> ORIGINAL CREDITOR: ASSOCIATED RADIOLOGISTS OF JOL <br> MEDICAL/HEALTHCARE | X | X | X | 198 |
| ACCOUNT NO. 0918 <br><br> CREDITORS COLLECTION BUR <br> 755 ALMAR PKWY <br> BOURBONNAIS, IL 60914 | | | 11/2008;COLLECTION <br><br> ORIGINAL CREDITOR: ASSOCIATED RADIOLOGIST OF JOL <br> MEDICAL/HEALTHCARE | X | X | X | 102 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 1377

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____DANA R. WARD_____,  Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　D147　　　SENEX SERVICES 3500 DEPAUW BLVD INDIANAPOLIS, IN 46268-1138 | | | 05/2006;COLLECTION ORIGINAL CREDITOR:VICTORY MEMORIAL HOSPITAL MEDICAL/HEALTHCARE | X | X | X | 493 |
| ACCOUNT NO.　　D149　　　SENEX SERVICES 3500 DEPAUW BLVD INDIANAPOLIS,IN 46268-1138 | | | 05/2006;COLLECTION ORIGINAL CREDITOR:VICTORY MEMORIAL MEDICAL/HEALTHCARE | X | X | X | 2323 |
| ACCOUNT NO.　　D153　　　SENEX SERVICES 3500 DEPAUW BLVD INDIANAPOLIS,IN 46268-1138 | | | 05/2006;COLLECTION ORIGINAL CREDITOR:ST THERESE MEDICAL CENTER MEDICAL/HEALTHCARE | X | X | X | 150 |
| ACCOUNT NO.　　D153　　　SENEX SERVICES 3500 DEPAUW BLVD INDIANAPOLIS,IN 46268-1138 | | | 05/2006 ORIGINAL CREDITOR:ST THERESE MEDICAL CENTER MEDICAL/HEALTHCARE | X | X | X | 250 |
| ACCOUNT NO.　　D154　　　SENEX SERVICES 3500 DEPAUW BLVD INDIANAPOLIS, IN 46268-1138 | | | 05/2006;COLLECTION ORIGIAL CREDITOR:ST THERESE MEDICAL CENTER MEDICAL/HEALTHCARE | X | X | X | 345 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤　$ 3426

Total➤　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____DANA R. WARD_____,  Case No. _____

‎    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GREAT LAKE CREDIT UNION<br>2525 GREENBAY RD<br>NORTH CHICAGO,IL 60064 | | | OVERDRAWN BANK ACCOUNT | X | X | X | 3000 |
| ACCOUNT NO.<br>ENTERPRISE RENT-A- CAR<br>2221 W JEFFERSON ST<br>JOLIET,IL 60435 | | | CAR RENTAL | X | X | X | 300 |
| ACCOUNT NO.    8743<br>U.S. CELLULAR<br>DEPT 0203<br>PALATINE,IL 60055-0203 | | | CELLULAR SERVICES<br>-6060<br>-5336<br>-5320 | X | X | X | 2600 |
| ACCOUNT NO.    9273<br>AR RESOURCES,INC<br>PO BOX 10336<br>JACKSONVILLE,FL 32247-0336 | | | 07/15/12;COLLECTION<br>ORIGINAL CREDITOR:VISTA IMAGING ASSOC<br>MEDICAL/HEALTHCARE | X | X | X | 1111 |
| ACCOUNT NO.    9273<br>AR RESOURCES, INC<br>PO BOX 10336<br>JACKSONVILLE,FL 32247-0336 | | | 10/25/12;COLLECTION<br>ORIGINAL CREDITOR:VISTA IMAGING ASSOC,<br>MEDICAL/HEALTHCARE | X | X | X | 35 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 4346

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re _____ DANA R. WARD _____ ,           Case No._____
                  **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

In re _____DANA R. WARD_____ ,     Case No. _____
                  **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _____,    Case No. _____
      Dana R. Ward
              **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Caregiver | n/a |
| Name of Employer | Help at Home | |
| How long employed | 9 months | |
| Address of Employer | 4203 Grove Street Gurnee, IL 60031 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $644.00 | $ |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0 | $ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $644.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $84 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $25 | $ |
| d. Other (Specify): _____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $109.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $535.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance (Specify): Low Income Public Housing:$193.00;Link:$200.00 | $393.00 | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify):_____ | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $393.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $928.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $928.00 | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _____Dana R. Ward_____,  Case No. _____
                     **Debtor**                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $277.00 |
| a. Are real estate taxes included? Yes _____ No ✓ | | |
| b. Is property insurance included? Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $60 |
| b. Water and sewer | | $0 |
| c. Telephone | | $100 |
| d. Other Xfinity Cable Services | | $54 |
| 3. Home maintenance (repairs and upkeep) | | $25 |
| 4. Food | | $200 |
| 5. Clothing | | $30 |
| 6. Laundry and dry cleaning | | $25 |
| 7. Medical and dental expenses | | $52 |
| 8. Transportation (not including car payments) | | $30 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $0 |
| 10. Charitable contributions | | $125 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $0 |
| b. Life | | $0 |
| c. Health | | $0 |
| d. Auto | | $0 |
| e. Other | | $0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $50 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ |
| b. Other _____ Student Loans _____ | | $50 |
| c. Other _____ | | $0 |
| 14. Alimony, maintenance, and support paid to others | | $0 |
| 15. Payments for support of additional dependents not living at your home | | $0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0 |
| 17. Other | | $0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $1,078.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $928.00 |
| b. Average monthly expenses from Line 18 above | $1,078.00 |
| c. Monthly net income (a. minus b.) | $ -150 |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____01/18/2013_____    Signature _/s/ Dana Ward_
Debtor

Date _____    Signature: _____N/A_____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____N/A_____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____N/A_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT

In re:  DANA R. WARD _____,        Case No. _____
                  Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

_____

1.   **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

      $5,436.00         HELP AT HOME INC: TAX YEAR 2012; TAX YEAR 2011&2010:$0

B 7 (12/12)                                                                                                                    2

**2. Income other than from employment or operation of business**



State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*



a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                                                    3



c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**



a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

B 7 (12/12)                                                                                                                4

### 6. Assignments and receiverships



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B 7 (12/12)                                                                                      5

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cricket Debt Counseling 10121 SE Sunnyside Rd, Suite 300 Clackamas,OR 97015 | 02/21/2013 | $60.00 |

**10. Other transfers**

None ☑   a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑   b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B 7 (12/12)                                                                                                6

### 12. Safe deposit boxes


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor


None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

B 7 (12/12)                                                                                          7

### 16. Spouses and Former Spouses


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.


None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business


None

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

  NAME          ADDRESS

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements



a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

  NAME AND ADDRESS         DATES SERVICES RENDERED

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

  NAME        ADDRESS        DATES SERVICES RENDERED

B 7 (12/12)                                                                                                    9

None

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                              ADDRESS


None
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

---

**20.  Inventories**

None
   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR    DOLLAR AMOUNT
OF  INVENTORY
(Specify cost, market or other basis)


None

   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES
OF CUSTODIAN
OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None

   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST    PERCENTAGE OF INTEREST


None
   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

B 7 (12/12)                                                                                                                10

### 22. Former partners, officers, directors and shareholders

None 
a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                           ADDRESS                    DATE OF WITHDRAWAL

None 
b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE                      DATE OF TERMINATION

---

### 23. Withdrawals from a partnership or distributions by a corporation

None 
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                 DATE AND PURPOSE           AMOUNT OF MONEY
OF RECIPIENT,                  OF WITHDRAWAL              OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                    AND VALUE OF PROPERTY

---

### 24. Tax Consolidation Group.

None 
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

### 25. Pension Funds.

None
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

B 7 (12/12)                                                                                          11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    01/18/2013                                    Signature
                                                      of Debtor

                                                      Signature of
                                                      Joint Debtor
Date                                                  (if any)        n/a

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    _____        Signature        n/a

                                        Print Name and
                                        Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

n/a
_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***